| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | MISSION LAW FIRM, A.P.C.<br>332 North Second Street |
| 3 | San Jose, California 95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>Email: service@mission.legal |
| 5 | Attorney for Plaintiff |
| 6 | Jose Acosta |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ACOSTA, | ) | Case No. 1:18-cv-00437-LJO-EPG |
| Plaintiff, | ) ) | **PLAINTIFF'S *EX PARTE* APPLICATION** |
| vs. | ) ) | **FOR RELIEF FROM SERVICE**<br>**DEADLINE; ORDER** |
| ANDONIAN ENTERPRISES, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

**WHEREAS,** the complaint in this matter was filed on March 29, 2018 (Dkt. 1);

**WHEREAS,** Rule 4(m) of the Federal Rules of Civil Procedure provides that all defendants are to be served 90 days from the date the complaint was filed, here June 27, 2018;

**WHEREAS,** Plaintiff, Jose Acosta ("Plaintiff"), has been diligently attempting to serve Defendant James D. Barnard ("James D. Barnard") with the Summons and Complaint, and James D. Barnard was served with the Summons and Complaint via substituted service pursuant to California Code of Civil Procedure section 415.20(b), with the documents mailed on June 19, 2018;

**WHEREAS**, service of the Summons and Complaint is deemed complete on the 10th day following the mailing of the documents to the party at the address in which the substitute

///

Page 1

service was effected under California Code of Civil Procedure section 415.20(b)[1]. Therefore, the effective date of service is June 29, 2018, which date is beyond the deadline the Court set for Plaintiff to effect service.

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including July 6, 2018 to procedurally effect service of his Complaint on the James D. Barnard defendant.

Dated: June 22, 2018                        MISSION LAW FIRM, A.P.C.

                                           */s/ Zachary M. Best*
                                           Zachary M. Best
                                           Attorney for Plaintiff,
                                           Jose Acosta

---

[1] Rule 4(e) of the Federal Rules of Civil Procedure provides that the summons may be served "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

## **ORDER**

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the Complaint on Defendant James D. Barnard is hereby extended from June 27, 2018 to July 6, 2018.

IT IS SO ORDERED.

Dated: **June 25, 2018**  /s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE