Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDONIAN ENTERPRISES, et al.,<br><br>　　　　Defendants. | No. 1:18-cv-00437-LJO-EPG<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

Plaintiff Jose Acosta ("Plaintiff") and Defendants Andonian Enterprises, Inc. dba Discount Tire Centers; David Charles Bower, Trustee of the Bower Family Trust of 2009; and Judy Bower, Trustee of the Bower Family Trust of 2009 ("Defendants," and together with Plaintiff, "the Parties), the parties who have appeared in this action, by and through their counsel, hereby stipulate as follows:

　　　　1.　　A Mandatory Scheduling Conference is currently set for July 10, 2018 at 9:30 a.m., and a Joint Scheduling Report is due on July 3, 2018 (Dkt. 3).

　　　　2.　　Plaintiff served defendant James D. Barnard ("Barnard") with the summons and complaint effective June 29, 2018, as set forth in Plaintiff's Ex Parte Application for Relief from Service Deadline filed with the Court (Dkt. 14).

　　　　3.　　Accordingly, Barnard's responsive pleading is not due until July 20, 2018, which falls after the Mandatory Scheduling Conference.

4. The Parties have not yet had the opportunity to meet and confer with counsel for Barnard, and cannot prepare the joint scheduling report without Barnard's input.

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for July 10, 2018 to a date after August 8, 2018, to allow time for Barnard to make an appearance and for the parties to prepare the joint scheduling report.

Dated: June 26, 2018                    MISSION LAW FIRM, A.P.C.


                                        */s/ Zachary M. Best*
                                        Zachary M. Best
                                        Attorneys for Plaintiff,
                                        Jose Acosta

Dated: June 26, 2018                    LAW OFFICES OF VATCHE CHORBAJIAN


                                        */s/ Vatche Chorbajian*
                                        Vache Chorbajian
                                        Attorney for Defendants,
                                        Andonian Enterprises, Inc. dba Discount Tire Centers; David Charles Bower, Trustee of the Bower Family Trust of 2009; and Judy Bower, Trustee of the Bower Family Trust of 2009

# ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 10, 2018 is continued to August 29, 2018 at 9:30 AM, in Courtroom 10 before Magistrate Judge Erica P. Grosjean. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

IT IS SO ORDERED.

Dated: **June 26, 2018**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE