# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDONIAN ENTERPRISES, INC. dba DISCOUNT TIRE CENTERS; JAMES D. BARNARD; DAVID CHARLES BOWER, Trustee of THE BOWER FAMILY TRUST of 2009; JUDY BOWER, Trustee of THE BOWER FAMILY TRUST of 2009,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00437-LJO-EPG<br><br>**ORDER ON STIPULATION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>(ECF No. 25) |

On December 19, 2018, the parties filed a Stipulation Granting Plaintiff Leave to File First Amended Complaint. (ECF No. 25). Pursuant to the Stipulation, and in accordance with Federal Rule of Civil Procedure 15(a), Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Stipulation, within five (5) calendar days of the date of this Order. Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

　　Dated: __**December 20, 2018**__　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE