# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>                Plaintiff,<br><br>    v.<br><br>ANDONIAN ENTERPRISES, INC. dba DISCOUNT TIRE CENTERS, et al.<br><br>                Defendants. | Case No. 1:18-cv-00437-LJO-EPG<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF STIPULATION OF DISMISSAL** |

      The Parties in this matter, Plaintiff Jose Acosta and Defendants Andonian Enterprises, Inc. dba Discount Tire Centers; James D. Barnard, David Charles Bower, Trustee of the Bower Family Trust of 2009; and Judy Bower, Trustee of the Bower Family Trust of 2009; have stipulated to the dismissal of this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In light of the parties' stipulation, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **July 18, 2019**                      /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1